UNITED STATES of America,
Plaintiff–Appellee,

v.

Brian Allen CAMPBELL, a.k.a. Brian
Alan Campbell, Defendant–
Appellant.

No. 04–14872.
Non–Argument Calendar
D.C. Docket No. 03–00618–CR–CO–W.

United States Court of Appeals,
Eleventh Circuit.

June 28, 2005.

William R. Hankins, Jr., Joyce White Vance, Birmingham, AL, for Plaintiff–Appellee.

Donald L. Colee, Jr., Law Office of Donald L. Colee, Jr., Birmingham, AL, for Defendant–Appellant.

Before TJOFLAT, ANDERSON, and BLACK, circuit judges.

PER CURIAM.

Donald L. Colee, Jr., appointed counsel for Brian A. Campbell in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the record, in light of the defendant-appellant's waiver of the right to appeal, reveals no issues of arguable merit, counsel's motion to withdraw is GRANTED, and Brian A. Campbell's conviction and sentence are AFFIRMED.